

Joseph Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: jmizrahi@cmlattorneys.com|
W: cml.legal

September 10, 2021

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

    Re:    *Pascual v. NABC, Inc.*, Case No. 1:21-cv-05374-RA

Dear Judge Abrams:

    We represent plaintiff Domingo Pascual ("Plaintiff") in the above-referenced action. We respectfully write to inform the Court that the parties are working on a joint stipulation for dismissal and respectfully request a stay of all deadlines.

                      Respectfully submitted,
                      */s/ Joseph H. Mizrahi*
                      Joseph H. Mizrahi

cc:    All Counsel of Record (via ECF)

                    Application granted. By October 13, 2021 the parties are directed to file either a stipulation of dismissal or an additional status update.

                    SO ORDERED.

                    Hon. Ronnie Abrams
                    09/13/2021